IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02934-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:               January 31, 2014 | Courtroom Deputy:   Courtni Covington |

| *Parties:* | *Counsel:* |
|---|---|
| DIGITAL SATELLITE CONNECTIONS, LLC, *et al.*, | Paul B. Overhauser |
| | John M. Bradshaw |
|         Plaintiffs, | |
| v. | |
| DISH NETWORK CORPORATION, *et al.*, | Susan A. Smith |
| | Erik C. Kane |
|         Defendants. | |

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   RULE 16(b) SCHEDULING CONFERENCE**
**Court in Session:       1:29 p.m.**
Court calls case.  Appearances of counsel.

The court addresses counsel regarding the previous hearing in the case and the status and/or result of their further discussions.  Counsel advise the court that the parties have been able to reach agreements on some of the discovery disputes, are continuing to work together, and have both served written discovery.

The court notes it set a deadline for written discovery and addresses counsel regarding the setting of other deadlines.

**ORDERED:**            The court will **ADOPT** the following discovery schedule:

   All fact depositions must be completed **no later than May 16, 2014.**

   Affirmative experts must be disclosed **on or before June 13, 2014.**

   Rebuttal experts must be disclosed **on or before July 11, 2014.**

   Dispositive Motion deadline: **July 31, 2014**

   No party shall take expert depositions pending ruling on dispositive motions.

The court addresses counsel regarding if it can deny Plaintiffs' pending Motion to Compel [Doc. No. 13] in light of the parties' progress on discovery issues. Counsel for Plaintiff is in agreement with the court.

**ORDERED:** Motion to Compel Production of Documents, and Answers to Interrogatories and To Determine Sufficiency of Objections to Discovery [Doc. No. 13, filed 10/28/2013] is **DENIED without prejudice**.

Discussion between the court and counsel regarding obtaining a trial date from District Judge Blackburn.

**FINAL PRETRIAL CONFERENCE and TRIAL PREPARATION CONFERENCE** is set for **October 17, 2014 at 1:30 p.m.** before Judge Robert E. Blackburn, separate order to issue.

Final Pretrial Order is due **no later than SEVEN (7) CALENDAR DAYS before the Final Pretrial Conference.** (See the court's website for Instructions for Preparation and Submission)

**TRIAL:**
The parties anticipate a four (4) day jury trial. The trial is set to begin on **November 3, 2014 at 8:30 a.m.** before Judge Robert E. Blackburn, separate order to issue.

HEARING CONCLUDED.
**Court in recess**:     **1:38 p.m.**
Total time in court:    00:09

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.