IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action:   13-cv-02934-REB-CBS | FTR - Reporter Deck - Courtroom A402 |
| Date:             April 21, 2014 | Courtroom Deputy:    Courtni Covington |

*Parties:*                                                                                  *Counsel:*

DIGITAL SATELLITE CONNECTIONS, LLC, *et al.*,

      Plaintiffs,

v.

DISH NETWORK CORPORATION, *et al.*,

      Defendants.

Paul B. Overhauser
John M. Bradshaw

Erik C. Kane
James E. Rosini
Margaret C. Lu
Susan A. Smith

**COURTROOM MINUTES/MINUTE ORDER**

**HEARING:   TELEPHONIC MOTION HEARING**
**Court in Session:        1:34 p.m.**
Court calls case.  Appearances of counsel.

The court begins with **Defendants' Motion to Compel** [Doc. No. 43].  Counsel advise the court they have no further argument.

**ORDERED:**        *Defendants' Motion to Compel* [Doc. No. 43, filed 3/21/2014] is **GRANTED**.

                    The court will require the Plaintiffs to provide narrative responses to Defendants' Interrogatory Nos. 16 and 17 **by close of business on Thursday, April 24, 2014**.  Fees and costs will not be awarded.

Argument and discussion held regarding Plaintiffs' **Motion for Sanctions and To Compel Production of Documents** [Doc. No. 34].

Discussion between the court and counsel regarding the privilege logs produced to Plaintiffs by the Defendants and documents Defendants claim are privileged.  Counsel for Plaintiffs moves to withdraw Doc. No. 34 without prejudice to allow the parties to further meet and confer to resolve this issue.

**ORDERED:**        Plaintiffs' counsel's oral motion to withdraw Doc. No. 34 is **GRANTED**.

                    Plaintiffs' *Motion for Sanctions and To Compel Production of Documents* [Doc. No. 34, filed 3/11/2014] is **WITHDRAWN without prejudice**.

HEARING CONCLUDED.
**Court in recess**:     **2:35 p.m.**
Total time in court:     01:01

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.