IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

| | |
|---|---|
| Civil Action: 13-cv-02934-REB-CBS | Date: July 23, 2014 |
| Courtroom Deputy: Amanda Montoya | FTR – Reporter Deck-Courtroom A402 |

*Parties:* | *Counsel:*

DIGITAL SATELLITE
CONNECTIONS, LLC, et al.

Paul Overhauser

Plaintiff,

v.

DISH NETWORK CORPORATION, et al.

Erik Kane
Susan Smith

Defendant.

---

# COURTROOM MINUTES/MINUTE ORDER

---

**HEARING: TELEPHONIC MOTION HEARING**
**Court in session: 10:02 a.m.**
Court calls case. Appearances of counsel.

**ORDERED:** Defendant's Unopposed MOTION to *Lift Stay of Expert Depositions and Set an Expert Deposition Deadline* [87] is **GRANTED**. All expert depositions MUST be completed by August 22, 2014.

The court address MOTION to *Compel Production of Documents and For Related Relief* [80]. Mr. Overhauser stands on his argument made in the briefs. Mr. Kane provides argument in opposition of the motion. Mr. Overhauser responds to Mr. Kane's argument.

**ORDERED:** MOTION to *Compel Production of Documents and For Related Relief* [80] is **GRANTED in part** and **DENIED in part** as stated on the record.

Mr. Overhauser's phone connection was lost and was transferred back into the courtroom.

Discussion regarding withheld audio recording. The court addresses counsel about who would pay the cost of re-opening the depositions of Catherine King and Kathy King. The court will await further developments on the MOTION to Compel *Plaintiff's Deposition in View of Withheld Evidence* [83]

HEARING CONCLUDED.

**Court in recess: 10:57 a.m.**
Total time in court: 00:55

To order transcripts of hearings with Magistrate Judge Shaffer, please contact Avery Woods Reporting at (303) 825-6119 or toll free at 1-800-962-3345.