**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-02934-REB-CBS

DIGITAL SATELLITE CONNECTIONS, LLC, and,
KATHY KING,

    Plaintiffs,

v.

DISH NETWORK CORPORATION,
DISH NETWORK, LLC, and
DISHNET SATELLITE BROADBAN, LLC,

    Defendants.

## ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS

**Blackburn, J.**

The matter is before the court on **Defendants' Motion For Leave to Restrict Access to The Motion to Exclude Testimony of Michael Einhorn and Supporting Materials** [#127][1] filed August 29, 2014.  The requirements of D.C.COLO.LCivR 7.2 have been satisfied.  A showing of compelling reasons has been made.  No objections have been filed.  Thus, **Defendants' Motion to Exclude Testimony of Michael Einhorn [#128], exhibits 1-6 of the declaration of Erik C. Kane, and the declarations of Brian McInytre (and exhibit thereto) and Nick Slater (and Exhibits thereto)[#129]** both filed August 29, 2014, are entitled to Level 2 restriction as defined by D.C.COLO.LCivR 7.2(b)(5) ("Level 2 = limits access to the filing party and the court").

    **THEREFORE, IT IS ORDERED** as follows:

    1. That **Defendants' Motion For Leave to Restrict Access to The Motion to**

---

[1] "[#127]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF).  I use this convention throughout this order.

Exclude Testimony of Michael Einhorn and Supporting Materials** [#127] filed August 29, 2014, is **GRANTED**; and

    2. That **Defendants' Motion to Exclude Testimony of Michael Einhorn [#128], exhibits 1-6 of the declaration of Erik C. Kane, and the declarations of Brian McInytre (and exhibit thereto) and Nick Slater (and Exhibits thereto)[#129]** both filed August 29, 2014, **SHALL BE MAINTAINED** under Level 2 restriction as defined by D.C.COLO.LCivR 7.2(b)(5).

    Dated September 8, 2014, at Denver, Colorado.

                                                   **BY THE COURT:**

*/s/ Robert E. Blackburn*
Robert E. Blackburn
United States District Judge