IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE CRAIG B. SHAFFER**

| | |
|---|---|
| Civil Action No.   13-cv-2934-REB-CBS | Date:   September 16, 2014 |
| Courtroom Deputy: Molly Davenport | **FTR – Courtroom A402** |

| | |
|---|---|
| DIGITAL SATELLITE CONNECTIONS LLC, et al  Plaintiff, | Paul Overhauser |
| vs. | |
| DISH Network Corp, et al  Defendants. | Erik Kane  William Merone |

## COURTROOM MINUTES/MINUTE ORDER

**MOTION HEARING**

**Court in session:   1:40 p.m.**

Court calls case.   Appearance of counsel

**ORDERED:**

The MOTION to Strike *Non-Rebuttal Portions of Expert Rebuttal Report of Robert S. Knudsen* by Plaintiffs Digital Satellite Connections, LLC, Kathy King [rec doc 93] is DENIED.   In addition, Dr.Einhorn will file a supplemental report within 30 days.

The MOTION for Leave to Restrict by Plaintiffs Digital Satellite Connections, LLC, Kathy King [rec doc 133] is GRANTED.

The MOTION for Leave to Restrict by Plaintiffs Digital Satellite Connections, LLC, Kathy King [rec doc 136] is GRANTED.

**Court in recess:   3:08 p.m.**
**Hearing concluded.**
**Total time in court:**   1:28

To obtain a transcript of this hearing, please contact Avery Woods Reporting at (303)825-6119.