**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No.   13-cv-02934-REB-CBS

DIGITAL SATELLITE CONNECTIONS, LLC, and,
KATHY KING,

     Plaintiffs,

v.

DISH NETWORK CORPORATION,
DISH NETWORK, LLC, and
DISHNET SATELLITE BROADBAN, LLC,

     Defendants.

## ORDER GRANTING MOTION TO RESTRICT PUBLIC ACCESS

**Blackburn, J.**

     The matter is before the court on plaintiffs' **Motion For Leave to File Materials Under Seal**[1] [#136][2] filed September 11, 2014.  The requirements of D.C.COLO.LCivR 7.2 have been satisfied.  A showing of compelling reasons has been made.  No objections have been filed.  Thus, the **Restricted Plaintiffs' Reply in Support to Opposition (117) Regarding Motion For Partial Summary Judgment and Permanent Injunctions (97)** [#137] and the Excerpts of DISH Contact Database DISH 765-766 [#137-1] both filed September 11, 2014, are entitled to Level 1 restriction as defined by D.C.COLO.LCivR 7.2(b)(5) ("Level 1 = limits access to the parties and the court").

---

[1] The court notes that pursuant to D.C.COLO.LCivR 7.2, documents can now be placed under restriction.  The court no longer places them under seal.

[2] "[#136]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

**THEREFORE, IT IS ORDERED** as follows:

1. That plaintiffs' **Motion For Leave to File Materials Under Seal** [#136] filed September 11, 2014, is **GRANTED**; and

2. That the **Restricted Plaintiffs' Reply in Support to Opposition (117) Regarding Motion For Partial Summary Judgment and Permanent Injunctions (97)** [#137] and the Excerpts of DISH Contact Database DISH 765-766 [#137-1] both filed September 11, 2014, **SHALL BE MAINTAINED** under Level 1 restriction as defined by D.C.COLO.LCivR 7.2(b)(5).

Dated September 18, 2014, at Denver, Colorado.

**BY THE COURT:**

Robert E. Blackburn
United States District Judge