**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02934-REB-CBS

DIGITAL SATELLITE CONNECTIONS, LLC, and
KATHY KING,

      Plaintiffs,

v.

DISH NETWORK CORP.,
DISH NETWORK, LLC, and
DISHNET SATELLITE BROADBAND, LLC,

      Defendants.

## ORDER APPROVING JUROR QUESTIONNAIRE

**Blackburn, J.**

The attached **Juror Questionnaire** is approved for use in the trial of this case.

**THEREFORE, IT IS ORDERED** that a copy of the attached **Juror Questionnaire** shall be given to and completed by each prospective juror reporting for service in the trial of this case.

Dated October 14, 2014, at Denver, Colorado.

                           **BY THE COURT:**

                           */s/ Bob Blackburn*
                           Robert E. Blackburn
                           United States District Judge