**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02934-REB-CBS

DIGITAL SATELLITE CONNECTIONS, LLC, and
KATHY KING,

      Plaintiffs,

v.

DISH NETWORK CORPORATION,
DISH NETWORK, LLC, and
DISHNET SATELLITE BROADBAND, LLC,

      Defendants.

---

**MINUTE ORDER**[1]

---

      The matter is before the court on defendants' **Unopposed Motion To Withdraw Motions in Limine Without Prejudice** [#209][2] filed November 5, 2014.  After reviewing the motion and the record, the court has concluded that the motion should be granted.

      **THEREFORE, IT IS ORDERED** as follows:

      1.  That defendants' **Unopposed Motion To Withdraw Motions in Limine Without Prejudice** [#209] filed November 5, 2014, is **GRANTED**; and

      2.  That **Defendants' Consolidated Motions *In Limine* Nos. 1-7** [#179] filed October 10, 2014, is **WITHDRAWN**.

      Dated: November 5, 2014

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#209]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.