**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02934-REB-CBS

DIGITAL SATELLITE CONNECTIONS, LLC, and,
KATHY KING,

     Plaintiffs,

v.

DISH NETWORK CORPORATION,
DISH NETWORK, LLC, and
DISHNET SATELLITE BROADBAND, LLC,

     Defendants.

---

**MINUTE ORDER**[1]

---

The matter before the court is the **Defendants' Motion To Quash Trial Subpoenas Served on Dish Network Senior Executives** [#185][2] filed October 14, 2014. No trial currently is scheduled in this case and it is not known if the remaining claims will be resolved on dispositive motions or at trial. Given these circumstances, the motion concerning trial subpoenas is moot. After reviewing the motion, the file, and the record, it is

**ORDERED** that the **Defendants' Motion To Quash Trial Subpoenas Served on Dish Network Senior Executives** [#185] filed October 14, 2014, is denied as moot.

Dated: April 7, 2015.

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#185]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.