**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 13-cv-02934-REB-CBS

DIGITAL SATELLITE CONNECTIONS, LLC, and,
KATHY KING,

     Plaintiffs,

v.

DISH NETWORK CORPORATION,
DISH NETWORK, LLC, and
DISHNET SATELLITE BROADBAND, LLC,

     Defendants.

---

**MINUTE ORDER**[1]

---

     The matters before the court are: (1) the **Joint Stipulation Setting the Deadline for Filing Motions for Attorney's Fees** [#229][2] filed October 7, 2015; and (2) **Defendants' Request under Federal Rule 54(d)(2) for an Award of Attorney Fees Against Plaintiff Kathy King Pursuant to the Terms Of the 2010 Retailer Agreement** [#232] filed October 7, 2015.  In the stipulation [#229], the parties request that the court set a deadline for filing any motion for an award of attorney fees and costs to be 14 days after the entry of final judgment in this case.  If the court approves the stipulation and the proposed deadline, the defendants ask to withdraw their current motion for attorney fees [#232].  After reviewing the Notice and the case, it is

     **ORDERED** as follows:

     1.  That the **Joint Stipulation Setting the Deadline for Filing Motions for Attorney's Fees** [#229] filed October 7, 2015, is approved;

---

[1] This minute order is issued pursuant to the express authority of the Honorable Robert E. Blackburn, United States District Judge for the District of Colorado.

[2] "[#28]" is an example of the convention I use to identify the docket number assigned to a specific paper by the court's case management and electronic case filing system (CM/ECF). I use this convention throughout this order.

2. That the deadline for filing any motion for attorney fees and costs shall be fourteen (14) days after the entry of final judgment in this case; and

3. That the **Defendants' Request under Federal Rule 54(d)(2) for an Award of Attorney Fees Against Plaintiff Kathy King Pursuant to the Terms Of the 2010 Retailer Agreement** [#232] filed October 7, 2015, is denied without prejudice.

Dated: October 8, 2015.