**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 13-cv-02934-REB-CBS

DIGITAL SATELLITE CONNECTIONS, LLC, and,
KATHY KING,

      Plaintiffs,

v.

DISH NETWORK CORPORATION,
DISH NETWORK, LLC, and
DISHNET SATELLITE BROADBAND, LLC,

      Defendants.

## FINAL JUDGMENT

      In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Judgment is hereby entered.

      Pursuant to the **Order for Entry of Judgment** [#273] entered by Senior Judge Robert E. Blackburn on March 23, 2017; it is

      ORDERED that based on the orders docketed as [#196, #220, & #246], judgment enters in favor of Dish Network, LLC against Kathy King and Digital Satellite Connections, LLC on the breach of contract counterclaim asserted by Dish Network, LLC in its answer [#5] at p. 28, designated as Counterclaim I; it is further

      ORDERED that the judgment shall include an order of specific performance in favor of Dish Network, LLC and against Kathy King and Digital Satellite Connections, LLC requiring Kathy King and Digital Satellite Connections, LLC to specifically perform their obligations under the 2010 Retailer Agreement and Trademark License Agreement, as specified below:

      **(a)** Kathy King and anyone acting in concert with and under the control of Kathy King are permanently enjoined from use of the DISHNET trademark and the DISH and DISH NETWORK trademarks;

      **(b)** Digital Satellite Connections, LLC, its members, and anyone acting in concert with and under the control of Digital Satellite Connections, LLC or one or more of its members are permanently enjoined from use of the DISHNET trademark and the DISH and DISH NETWORK

trademarks;

**(c)** Kathy King and anyone acting in concert with and under the control of Kathy King shall immediately abandon any application she or they may have pending before the United States Patent and Trademark Office seeking rights to use the DISHNET trademark and the DISH and DISH NETWORK trademarks;

**(d)** Digital Satellite Connections, LLC, its members, and anyone acting in concert with and under the control of Digital Satellite Connections, LLC or one or more of its members shall immediately abandon any application it or they may have pending before the United States Patent and Trademark Office seeking rights to use the DISHNET trademark and the DISH and DISH NETWORK trademarks;

**(e)** Kathy King and anyone acting in concert with and under the control of Kathy King shall immediately abandon any opposition she or they may have pending before the United States Patent and Trademark Office opposing an application by any of the defendants to secure the right to use the DISHNET trademark and the DISH and DISH NETWORK trademarks;

**(f)** Digital Satellite Connections, LLC, its members, and anyone acting in concert with and under the control of Digital Satellite Connections, LLC or one or more of its members shall immediately abandon any opposition it or they may have pending before the United States Patent and Trademark Office opposing an application by any of the defendants to secure the right to use the DISHNET trademark and the DISH and DISH NETWORK trademarks;

**(g)** Immediately, Kathy King and anyone acting in concert with and under the control of Kathy King shall transfer to Dish Network, LLC the domain names dishnet.com, dishnetworks.com, dishnetworksatellite.com, dishnet500.com, and any other domain names containing the DISH, DISH NETWORK, or DISHNET trademarks; and

**(h)** Immediately, Digital Satellite Connections, LLC, its members, and anyone acting in concert with and under the control of Digital Satellite Connections, LLC or one or more of its members shall transfer to Dish Network, LLC the domain names dishnet.com, dishnetworks.com, dishnetworksatellite.com, dishnet500.com, and any other domain names containing the DISH, DISH NETWORK, or DISHNET trademarks; it is further

ORDERED that judgment enters in favor of Dish Network Corporation, Dish Network, LLC, and Dishnet Satellite Broadband, LLC and against Kathy King and Digital Satellite Connections, LLC on all claims asserted by Kathy King and Digital Satellite Connections, LLC in their complaint [#3]; it is further

ORDERED that the breach of contract counterclaim asserted by Dishnet Satellite Broadband, LLC in its answer [#5] at p. 28 is dismissed for failure to satisfy the jurisdictional requirement of constitutional standing; it is further

ORDERED that based on my **Order Granting Motion to Amend** [#270], the counterclaims of Dish Network, LLC and Dishnet Satellite Broadband, LLC designated as Counterclaims II, III, IV, and VI are dismissed without prejudice; it is further

ORDERED that based on my **Order Granting Motion to Amend** [#270], the counterclaims of Dish Network, LLC and Dishnet Satellite Broadband, LLC designated as Counterclaims V, VII, VIII, IX, and X are dismissed with prejudice; it is further

ORDERED that this court specifically retains jurisdiction to enforce compliance with its orders in this case; it is further

ORDERED that the counterclaim plaintiffs, Dish Network, LLC and Dishnet Satellite Broadband, LLC, are awarded their costs, to be taxed by the clerk of the court in the time and manner specified by Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1; and it is further

ORDERED that this case is closed.

DATED at Denver, Colorado, this 24th day of March, 2017.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By:    s/ K. Finney
       K. Finney
       Deputy Clerk