**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

DIGITAL SATELLITE CONNECTIONS, )
LLC, and KATHY KING )
                Plaintiffs, )
                 )
v.                                    ) No. 1:13-cv-02934-REB-CBS
                 )
DISH NETWORK CORPORATION, et al., DISH )
NETWORK LLC and DISHNET SATELLITE )
BROADBAND LLC )
                Defendants. )

**AMENDED NOTICE OF APPEAL**

Notice is hereby given that the Plaintiffs in this action, Kathy King and Digital Satellite Connections, LLC hereby amend their previously-filed Notice of Appeal [#221] to add to the appeal to the United States Court of Appeals for the Tenth Circuit, the following Orders:

- Order Denying Motion for Stay Pending Appeal [#271]
- Order for Entry of Judgment [#273]
- Final Judgment [#274]

For the record, the previously-appealed Orders included the following:

- Order Granting in part Defendants' Motion for Summary Judgment and Request for Entry of an Award of Specific Performance [#220]
- Order Denying Plaintiffs' Motion for Reconsideration of Summary Judgment Ruling [#219],
- Order Concerning Motions for Summary Judgment [#196]
- Order transferring venue [#001]

Without limiting the scope of the appeal, Defendants state that the issues on appeal will include the propriety of Court's judgment, including the permanent injunction / order of specific

1

performance, its entry of partial summary judgment and reconsideration of summary judgment (on which the judgment and injunction are predicated), its order granting reconsideration [#246] and the propriety of the Order transferring venue of this case from Florida to Colorado.

Respectfully submitted,

By:  / Paul B. Overhauser/
Paul B. Overhauser
OVERHAUSER LAW OFFICES LLC
740 W. Green Meadows Dr., Suite 300
Greenfield, IN  46140
Phone: 317-467-9100
poverhauser@overhauser.com
Attorney for Kathy King and Digital Satellite Connections, LLC

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing is being filed electronically, and notice hereof will automatically be sent to all counsel of record that participate in electronic filing, by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By:  /Paul B. Overhauser/
Paul B. Overhauser